ALEXANDRINA SHANDRY LOPEZ (HARRIET E. L. GRAY, ACTING EXECUTRIX IN SUBSTITUTION) *v.* FRANK TAVARES, ET AL.

No. 4764.

APRIL 28, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE HAWKINS ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.